Max Cline, Esq. SBN 55533
Jason Cline, Esq. SBN 236531
Melanie Tavare, Esq. SBN 255581
Andrew Christensen, Esq. SBN 260748
The Cline Law Group
1300 Clay St. #600
Oakland, CA 94612
(510) 464-8068

Attorneys for Debtors

The following constitutes
the order of the court. Signed July 6, 2012

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case Number 12-43377 MEH 13 |
| Gentil Jose Ferreira | Chapter 13 |
| Dilza Ferreira<br>Debtors | Order to Avoid Judicial Lien of Discover Bank on Debtors' Real Property |

### Order to Avoid Judicial Lien on Real Estate

The motion of the above-named Debtors, Gentil Jose Ferreira and Dilza Ferreira, to avoid the judicial lien of Discover Bank is granted.

It is hereby ORDERED and DECREED that the judicial lien held Discover Bank in and on the Debtors' three parcels of real property in Contra Costa County known as: 640 S. 32nd St., Richmond CA 94804; Lot #1: on 33rd St., Richmond, CA (Parcel No.: 549-212-004-2); and Lot #2: on Erlandson St., Richmond, CA (Parcel No.: 549 212 003 4) as entered of record in Contra Costa County on 7/1/2011 as Document Number 2011-0131235, Case No: L0906123 for the amount of $14,786.47 be hereby avoided.

### End of Order

## Court Service List

Discover Bank
Attn: Officer
502 E. Market Street
Greenwood, DE 19950

Discover Bank
C/O DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
Attn: Managing Officer
720 Olive Way, Ste 1201
Seattle WA, 98101